1  EUGENE G. IREDALE, ESQ. (SBN: 75292)
   105 West F Street, 4th Floor
2  San Diego, CA 92101-6036
3  Tel: (619) 233-1525
   Fax: (619) 233-3221
4  Attorney for Plaintiff, SKYE VALENTINEZ

5  GUADALUPE VALENCIA, ESQ.(SBN: 197831)
6  105 West F Street, Suite 309
   San Diego, CA 92101
7  Tel: (619) 232-2158
   Attorney for Plaintiff ESTATE OF GERARDO VALENTINEZ
8

FILED
08 APR 29 PM 3:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF GERARDO VALENTINEZ by its personal representative, SKYE VALENTINEZ, an individual and minor, by and through her guardian ad litem,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No: 08 CV 0781 BEN WMc<br><br>DECLARATION OF GLORIA SERRANO OLIV VALENTINEZ TO SERVE AS SUCCESSOR IN INTEREST TO THE ESTATE OF GERARDO VALENTINEZ<br><br>[CCP § 377.32] |

1

I, GLORIA SERRANO OLIV VALENTINEZ, declare as follows:

1. I am over the age of eighteen and I reside in Colonia Loma Bonita, Munizipio de Tonala, Guadalajara Jalisco, Mexico. If called to testify to the matters set forth herein, I could and would testify to these matters based on my own personal knowledge.

2. The decedent is my son, Gerardo Valentinez.

3. Gerardo Valentinez died on March 28, 2007.

4. No proceeding is now pending in California for administration of the decedents estate.

5. Your declarant is the decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to the decedent's interest in this action.

6. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

7. Decedent's death certificate is filed with this court.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was signed in Colonia Loma Bonita, Munizipio de Tonala, Guadalajara Jalisco, Mexico.

DATED: 4-21-08

Gloria Serrano Oliv Valentinez


# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY OF SAN DIEGO
### GREGORY J. SMITH
### ASSESSOR/RECORDER/COUNTY CLERK

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

State File Number: 3200737005404

| Field | Value |
|---|---|
| 1. Name of Decedent — First | GERARDO |
| 2. Middle | |
| 3. Last (Family) | VALENTINEZ |
| 4. Date of Birth | 09/30/1976 |
| 5. Age | 30 |
| 6. Sex | M |
| 9. Birth State/Foreign Country | CALIFORNIA |
| 10. Social Security Number | UNKNOWN |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | NEVER MARRIED |
| 7. Date of Death | 03/28/2007 |
| 8. Hour | 0051 |
| 13. Education | HS GRADUATE |
| 14/15. Hispanic/Latino | YES — MEXICAN AMERICAN |
| 16. Decedent's Race | CAUCASIAN |
| 17. Usual Occupation | CARPENTER |
| 18. Kind of Business | CABINETS |
| 19. Years in Occupation | 3 |
| 20. Decedent's Residence | 3231 1/2 DREW STREET |
| 21. City | LOS ANGELES |
| 22. County | LOS ANGELES |
| 23. ZIP Code | 90065 |
| 24. Years in County | 30 |
| 25. State/Foreign Country | CALIFORNIA |
| 26. Informant's Name, Relationship | ANGELA RUIZ, FRIEND |
| 27. Informant's Mailing Address | 3231 1/2 DREW STREET, LOS ANGELES, CA 90065 |
| 31. Name of Father — First | JUAN |
| 33. Last | VALENTINEZ |
| 34. Birth State | MEXICO |
| 35. Name of Mother — First | GLORIA |
| 37. Last (Maiden) | SERRANO |
| 38. Birth State | MEXICO |
| 39. Disposition Date | 04/11/2007 |
| 40. Place of Final Disposition | PANTEON MUNICIPAL DEL ROSARIO, MUNICIPIO DE TONALA, JALISCO, MEXICO |
| 41. Type of Disposition(s) | TR/BU |
| 42. Signature of Embalmer | RUBEN SUREZ |
| 43. License Number | 7593 |
| 44. Name of Funeral Establishment | FELIPE BAGUES MORTUARY |
| 45. License Number | FD430 |
| 46. Signature of Local Registrar | WILMA WOOTEN, MD |
| 47. Date | 04/05/2007 |
| 101. Place of Death | SHARP CHULA VISTA |
| 102. If Hospital | ER/OP |
| 104. County | SAN DIEGO |
| 105. Facility Address | 751 MEDICAL CENTER COURT |
| 106. City | CHULA VISTA |
| 107. Cause of Death — Immediate Cause | PENDING INVESTIGATION |
| 108. Death Reported to Coroner? | YES |
| Referral Number | 07-00714 |
| 109. Biopsy Performed? | NO |
| 110. Autopsy Performed? | YES |
| 111. Used in Determining Cause? | YES |
| 126. Signature of Coroner / Deputy Coroner | STEVEN CAMPMAN |
| 127. Date | 03/29/2007 |
| 128. Type Name, Title of Coroner | STEVEN CAMPMAN, MD, DME |

R99
R99

119. Manner of Death: Pending Investigation

State Registrar stamp: *012007000455402*

0374

---

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.



March 19, 2008         Gregory J. Smith
                       Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk



*002242571*

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE