Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

*FILED*

APR 29 PM 4: 00

SOUTHERN DISTRICT OF CALIFORNIA U.S. DISTRICT COURT

BY:

The Estate of Gerardo Valentinez, by its
personal representative Gloria Serrano
Oliv Valentinez, and Skye Valentinez,
an individual and minor, by and through
her guardian ad litem, Angela Ruiz,

vs.

**SUMMONS IN A CIVIL ACTION**

Case No.

United States of America and DOES 1-20,
inclusive

'08 CV 0781 BEN WMc

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Eugene G. Iredale
105 West F Street, Fourth Floor
San Diego, CA 92101

    An answer to the complaint which is herewith served upon you, within _____60_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

APR 2 9 2008

W. Samuel Hamrick, Jr.                                    DATE

CLERK
J. PARIS

By                            , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)