1  EUGENE G. IREDALE, ESQ. (SBN: 75292)
2  105 West F Street, 4th Floor
   San Diego, CA 92101-6036
3  Tel: (619) 233-1525
   Fax: (619) 233-3221
4  Attorney for Plaintiff, SKYE VALENTINEZ

5  GUADALUPE VALENCIA, ESQ.(SBN: 197831)
6  105 West F Street, Suite 309
   San Diego, CA 92101
7  Tel: (619) 232-2158
   Attorney for Plaintiff ESTATE OF GERARDO VALENTINEZ
8

9              UNITED STATES DISTRICT COURT
10    IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| THE ESTATE OF GERARDO VALENTINEZ by its personal representative, SKYE VALENTINEZ, an individual and minor, by and through her guardian ad litem, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA and DOES 1-20, INCLUSIVE, <br><br> Defendants. | Case No. 08-CV-0781 BEN WMC <br><br> **PETITION AND ORDER FOR APPOINTMENT OF ANGELA RUIZ AS GUARDIAN AD LITEM FOR PLAINTIFF SKYE VALENTINEZ** |

1

1  COMES NOW, SKYE VALENTINEZ, an individual and minor, by and through her
2  attorney of record, Eugene G. Iredale, and respectfully submits this Petition for Appointment of
3  Angela Ruiz as Guardian ad litem for Plaintiff SKYE VALENTINEZ
4  Petitioner states as follows:
5  1. I am counsel for SKYE VALENTINEZ in the above captioned action. SKYE
6  VALENTINEZ is a minor under the age of fourteen (14), to wit, 4 years of age. SKYE
7  VALENTINEZ's date of birth is June 5, 2003.
8  2. SKYE VALENTINEZ's father, GERARDO VALENTINEZ, died while in custody of
9  the Homeland Security after he was hog-tied and left on his stomach. This action is filed against
10 the UNITED STATES and the individual officers that Plaintiffs believe are responsible for
11 GERARDO VALENTINEZ' death.
12 3. The proposed guardian, Angela Ruiz, as the biological mother and legal guardian, is
13 not a stranger to the minor, has more than an "ideological interest" in the action and shall be an
14 appropriate alter ego for the minor SKYE VALENTINEZ' interests in this lawsuit. T.W. v.
15 Brophy, 124, F.3d 893, 896 (7th Cir. 1997); Ford v. Haley, 195 F.3d 603, 624 (11th Cir. 1999).
16 4. The proposed guardian, Angela Ruiz, is not a party to this action and therefore can
17 represent the interests of said minor without consideration to herself as a party to the action.
18 5. Angela Ruiz is ready and willing to act as guardian ad litem for SKYE VALENTINEZ
19 as appears by her consent to serve set forth below.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1  WHEREFORE, Petitioner moves the court for an order appointing Angela Ruiz as
2  guardian ad litem for SKYE VALENTINEZ for the purpose of this action against the defendants
3  on the claims stated in plaintiff's complaint.

4

5  DATED: April 29, 2008

6

7

8                                              By: /s/ Eugene G. Iredale
                                                   Eugene G. Iredale
9

10

11  I, Angela Ruiz, hereby attest to the content of the above petition and hereby consent to
12  serve as guardian ad litem for SKYE VALENTINEZ

13

14  DATED: April 29, 2008                         Angela Ruiz

15

16

17

18
     Good cause appearing therefor, the petition for appointment of Angela Ruiz as guardian
19
    ad litem for SKYE VALENTINEZ is hereby granted.
20

21

22
    DATED:_____                          _____
23                                                United States District Judge
24

25

26

27

28

3