```
 1 │ EUGENE G. IREDALE, ESQ. (SBN: 75292)                FILED
   │ 105 West F Street, 4th Floor
 2 │ San Diego, CA 92101-6036                        2008 JUN -6 PM 1:52
 3 │ Tel: (619) 233-1525
   │ Fax: (619) 233-3221                             CLERK US DISTRICT COURT
 4 │ Attorney for Plaintiff, SKYE VALENTINEZ         SOUTHERN DISTRICT OF CALIFORNIA

 5 │                                                 BY_____DEPUTY
   │ GUADALUPE VALENCIA, ESQ.(SBN: 197831)
 6 │ 105 West F Street, Suite 309
   │ San Diego, CA 92101
 7 │ Tel: (619) 232-2158
   │ Attorney for Plaintiff ESTATE OF GERARDO VALENTINEZ
 8
```

UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF GERARDO VALENTINEZ by its personal representative, SKYE VALENTINEZ, an individual and minor, by and through her guardian ad litem, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA and DOES 1-20, INCLUSIVE, <br><br> Defendants. | Case No. 08-CV-0781 BEN WMC <br><br> **PETITION AND ORDER FOR APPOINTMENT OF ANGELA RUIZ AS GUARDIAN AD LITEM FOR PLAINTIFF SKYE VALENTINEZ** |

1

COMES NOW, SKYE VALENTINEZ, an individual and minor, by and through her attorney of record, Eugene G. Iredale, and respectfully submits this Petition for Appointment of Angela Ruiz as Guardian ad litem for Plaintiff SKYE VALENTINEZ

Petitioner states as follows:

1. I am counsel for SKYE VALENTINEZ in the above captioned action. SKYE VALENTINEZ is a minor under the age of fourteen (14), to wit, 4 years of age. SKYE VALENTINEZ's date of birth is June 5, 2003.

2. SKYE VALENTINEZ's father, GERARDO VALENTINEZ, died while in custody of the Homeland Security after he was hog-tied and left on his stomach. This action is filed against the UNITED STATES and the individual officers that Plaintiffs believe are responsible for GERARDO VALENTINEZ' death.

3. The proposed guardian, Angela Ruiz, as the biological mother and legal guardian, is not a stranger to the minor, has more than an "ideological interest" in the action and shall be an appropriate alter ego for the minor SKYE VALENTINEZ' interests in this lawsuit. T.W. v. Brophy, 124, F.3d 893, 896 (7th Cir. 1997); Ford v. Haley, 195 F.3d 603, 624 (11th Cir. 1999).

4. The proposed guardian, Angela Ruiz, is not a party to this action and therefore can represent the interests of said minor without consideration to herself as a party to the action.

5. Angela Ruiz is ready and willing to act as guardian ad litem for SKYE VALENTINEZ as appears by her consent to serve set forth below.

///
///
///
///
///
///
///
///

WHEREFORE, Petitioner moves the court for an order appointing Angela Ruiz as guardian ad litem for SKYE VALENTINEZ for the purpose of this action against the defendants on the claims stated in plaintiff's complaint.

DATED: April 29, 2008

By: /s/ Eugene G. Iredale
Eugene G. Iredale

I, Angela Ruiz, hereby attest to the content of the above petition and hereby consent to serve as guardian ad litem for SKYE VALENTINEZ

DATED: April 29, 2008

Angela Ruiz

Good cause appearing therefor, the petition for appointment of Angela Ruiz as guardian ad litem for SKYE VALENTINEZ is hereby granted.

DATED: 6/03/08

United States District Judge