UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF GERARDO VALENTINEZ, et al., | )<br>)   Case No. 08cv0781 BEN (WMc) |
| Plaintiffs, | ) |
| v. | )   CERTIFICATE OF SERVICE |
| UNITED STATES OF AMERICA, et al., | )   BY ELECTRONIC FILING<br>) |
| Defendants. | )<br>) |

IT IS HEREBY CERTIFIED THAT:

I, Richard Tolles, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; and

On **July 29, 2008**, I sent via.electronic filing at San Diego, California, in the above-entitled action, a copy of: UNITED STATSE OF AMERICA'S ANSWER TO COMPLAINT

Addressed to:

Eugene G. Iredale, 105 West F Street, Fourth Floor, San Diego, CA 92101;

Where he is currently registered at the Federal Clerk's Office for electronic filing in San Diego, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2008.

                                         s/Richard Tolles
                                         E-Mail: Richard.Tolles@usdoj.gov