```
KAREN P. HEWITT
United States Attorney
RICHARD TOLLES
Assistant U.S. Attorney
California State Bar No. 078948
U.S. Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone:  (619) 557-7479

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF GERARDO VALENTINEZ, et al., | Case No. 08cv0781 BEN(WMc) |
| Plaintiffs, | |
| v. | JOINT MOTION FOR ORDER TO DISCLOSE AUTOPSY PHOTOGRAPHS |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Defendant, United States of America, and Plaintiffs, The Estate of Gerardo Valentinez and Skye Valentinez, through their counsel of record, jointly move this Court for an order directing the County of San Diego, Medical Examiner to release autopsy photos to the parties herein.

The parties bring this motion for good cause based upon the following:

1. This is a wrongful death suit alleging that excessive force on the part of United States Custom and Border Protection (CBP) Officers resulted in the death of the Plaintiffs' decedent. Defendant alleges that the force used was reasonable in degree and was necessary to defend against decedent's violent efforts to resist arrest.

2. The County of San Diego Medical Examiner performed an autopsy on decedent Gerardo Valentinez on March 28, 2007. The autopsy is designated ME#07-0714. The parties understand that photographs were taken during the autopsy. Such photographs may be relevant to a determination of the nature and degree of force used by and against decedent.

3. The Office of the Medical Examiner has advised the Office of the United States Attorney that a court order, and not simply a subpoena, is required in order to release autopsy photographs. An appropriate proposed order is submitted to the Court in accordance with this Court's Electronic Case Filing Procedures, Section 2(h).

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document, and the accompanying proposed order, is acceptable to counsel for Plaintiffs and that I have obtained authorization from counsel to affix their electronic signature to this document.

DATED: 9/8/08
KAREN P. HEWITT
United States Attorney

s/ Richard Tolles
RICHARD TOLLES
Assistant U.S. Attorney
E-mail:Richard.Tolles@usdoj.gov
Attorneys for Defendant
United States of America

DATED: 9/8/08
s/ Eugene G. Iredale
Eugene G. Iredale
Attorney for Plaintiff Skye Valentinez
E-Mail: egiredale@yahoo.com

DATED: 9/8/08
s/ Guadalupe Valenica
Guadalupe Valencia
Attorney for Plaintiff
Estate of Gerardo Valentinez
E-Mail: gvalencialaw@yahoo.com