FILED

'08 SEP -9 PM 1:54

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF GERARDO VALENTINEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 08cv0781 BEN(WMc) <br><br> ORDER FOR RELEASE OF AUTOPSY PHOTOGRAPHS |

### ORDER

Good cause having been shown therefore, the Court orders that the Office of the Medical Examiner, San Diego County, Glenn N. Wagner, Chief Medical Examiner, promptly provide to counsel for the parties hereto, color copies of all autopsy photographs taken in autopsy ME# 07-0714 (autopsy of Gerardo Valentinez performed March 28, 2007). This order is based on the parties' showing of relevance and materiality of the photographs to the issues in the captioned action. The parties are directed to maintain the confidentiality of the photographs and provide access thereto to their staff, their experts and this Court only.

**IT IS SO ORDERED.**

DATED: 9/8/08

_____
William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE