| | |
|---|---|
| 1 | EUGENE G. IREDALE, ESQ. (SBN: 75292) |
| 2 | 105 West F Street, 4th Floor |
|   | San Diego, CA 92101-6036 |
| 3 | Tel: (619) 233-1525 |
|   | Fax: (619) 233-3221 |
| 4 | Attorney for Plaintiff, DEYVNE CASTILLO |

2010 JUL 21 PM 4: 10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

THE ESTATE OF GERARDO         )   Case No. 08-CV-0781 BEN WMC
VALENTINEZ, by its personal   )
representative GLORIA SERRANO OLIV )   **PETITION AND ORDER FOR**
VALENTINEZ, DEYVNE CASTILLO, an )   **APPOINTMENT OF ANGELA RUIZ AS**
individual and minor, by and through her )   **GUARDIAN *AD LITEM* FOR**
guardian *ad litem*, ANGELA RUIZ, and )   **PLAINTIFF DEYVNE CASTILLO**
SKYE VALENTINEZ, an individual and )   ***NUNC PRO TUNC***
minor, by and through her guardian *ad* )
*litem*, ANGELA RUIZ,         )
                              )
        Plaintiffs,           )
v.                            )
                              )
UNITED STATES OF AMERICA,     )
WALTER MCDANIEL, an individual, )
LORENZO TOVAR, an individual, )
STACY SMITHSON, an individual, )
MICHAEL KALINE, an individual, )
ALEXADER VITELA, an individual, )
THOMAS TRASSARE, an individual, )
SHAWN KITAURA, an individual, )
ROBERT GROSS, an individual, SERGIO )
BESABE, an individual, CHRISTINE )
SCHNEIDER, an individual, and DOES )
1-20, INCLUSIVE,              )
                              )
        Defendants.           )
_____)

Petition and Order for Appointment of Angela Ruiz as Guardian *ad litem* for Deyvne Castillo

1

COMES NOW, DEYVNE CASTILLO, an individual and minor, by and through her attorney of record, Eugene G. Iredale, and respectfully submits this Petition for Appointment of Angela Ruiz as Guardian ad litem for Plaintiff DEYVNE CASTILLO.

Petitioner states as follows:

1. I am counsel for DEYVNE CASTILLO in the above captioned action. DEYVNE CASTILLO is a minor, fifteen (15) years of age. DEYVNE CASTILLO's date of birth is September 2, 1994.

2. DEYVNE CASTILLO's stepfather, GERARDO VALENTINEZ, died while in custody of the Homeland Security after he was hog-tied and left on his stomach. This action is filed against the UNITED STATES and the individual officers that Plaintiffs believe are responsible for GERARDO VALENTINEZ' death.

3. The proposed guardian, Angela Ruiz, as the biological mother and legal guardian, is not a stranger to the minor, has more than an "ideological interest" in the action and shall be an appropriate alter ego for the minor DEYVNE CASTILLO's interests in this lawsuit. T.W. v. Brophy, 124, F.3d 893, 896 (7th Cir. 1997); Ford v. Haley, 195 F.3d 603, 624 (11th Cir. 1999).

4. The proposed guardian, Angela Ruiz, is not a party to this action and therefore can represent the interests of said minor without consideration to herself as a party to the action.

5. Angela Ruiz is ready and willing to act as guardian *ad litem* for DEYVNE CASTILLO as appears by her consent to serve set forth below.

6. Angela Ruiz was appointed as guardian *ad litem* for her daughter Skye Valentinez on June 3, 2008.

7. DEYVNE CASTILLO was added as a plaintiff on the First Amended Complaint filed on March 19, 2009. This motion asks the Court for an order appointing Angela Ruiz as guardian *ad litem* for DEYVNE CASTILLO *nunc pro tunc* as of March 19, 2009.

///
///
///

DATED: July 21, 2010

By: _____
Eugene G. Iredale

I, Angela Ruiz, hereby attest to the content of the above petition and hereby consent to serve as guardian ad litem for DEYVNE CASTILLO.

DATED: July 21, 2010

_____
Angela Ruiz

Good cause appearing therefor, the petition for appointment of Angela Ruiz as guardian ad litem for Devyne Castillo is hereby granted *nunc pro tunc* as of March 19, 2009.

Date: July 21, 2010

_____
Hon. William McCurine, Jr.
Magistrate Judge
U.S. District Court
Southern District of California

Petition and Order for Appointment of Angela Ruiz as Guardian *ad litem* for Deyvne Castillo

3